IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E. MICHELLE WORTHINGTON, ) | |
| on behalf of minor child, J.W., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04CV201-M |
| ) | [WO] |
| ) | |
| ELMORE COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

At the close of the plaintiff's evidence during the trial of this case on 1 June 2005, defendants Henry Blake, Elmore County Board of Education, Marshall Anderson, and Pat Ellis filed a Motion for Judgment As A Matter of Law (Doc. # 122). The court heard extended oral argument on the motion from the defendants and the plaintiff, and enters this order to affirm the in-court proceedings.

Upon consideration of the motion, the parties' oral argument, and the evidence and record before the court, it was

ORDERED that the motion be GRANTED in part and DENIED in part. For the reasons stated in open court, and reflected on the attached transcript of the proceedings on the motion, it was further ORDERED as follows:

1.    The motion was GRANTED as to defendants Henry Blake, the Elmore County Board of Education, and Marshall Anderson.

2.    The plaintiff's claims against the aforementioned defendants were thereby

      DISMISSED with prejudice.

3.     The motion was DENIED as to defendant Pat Ellis.

DONE this 13th day of June 2005.

                                      /s/ Vanzetta Penn McPherson  
                                      VANZETTA PENN MCPHERSON  
                                      UNITED STATES MAGISTRATE JUDGE