IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| E. MICHELLE WORTHINGTON, | ) | |
| on behalf of minor child, J.W., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV201-M |
| | ) | [WO] |
| | ) | |
| ELMORE COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

> NOTE: This order is entered to modify the order filed on 13 June 2005 (Doc. # 126).

At the close of the plaintiff's evidence during the trial of this case on 1 June 2005, defendants Henry Blake, Elmore County Board of Education, Marshall Anderson, and Pat Ellis filed a Motion for Judgment As A Matter of Law (Doc. # 122). The court heard extended oral argument on the motion from the defendants and the plaintiff, and enters this order to affirm the in-court proceedings.

Upon consideration of the motion, the parties' oral argument, and the evidence and record before the court, it was

ORDERED that the motion be GRANTED in part and DENIED in part.  For the reasons stated in open court, and reflected in the transcript on file in this case, it was further ORDERED as follows:

1. The motion was GRANTED as to defendants Henry Blake, the Elmore County Board of Education, and Marshall Anderson.

2. The plaintiff's claims against the aforementioned defendants were thereby DISMISSED with prejudice.

3. The motion was DENIED as to defendant Pat Ellis.

4. The order filed in this case on 13 June 2005 (Doc. # 126), is hereby AMENDED to reflect that the transcript shall not be attached to this order, but shall instead remain on file with the Clerk of the court.

DONE this 14th day of June 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE