IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E. MICHELLE WORTHINGTON, on behalf of minor child, J.W., <br><br> Plaintiffs, <br><br> v. <br><br> ELMORE COUNTY BOARD OF EDUCATION, et al., <br><br> Defendant. | CIVIL ACTION NO. 2:04CV201-M <br> [WO] |

# FINAL JUDGMENT

For the reasons stated in the transcript of the proceedings on file in this case, and upon consideration of the defendants' Motion For Judgment As a Matter of Law, filed on 1 June 2005 (Doc. # 122), JUDGMENT is hereby entered against the plaintiff and in favor of defendants Henry Blake, the Elmore County Board of Education, and Marshall Anderson.

The costs of this action shall be taxed against the plaintiff, for which execution shall issue.

DONE this 14th day of June 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE