IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E. MICHELLE WORTHINGTON, on behalf of minor child, J.W., <br><br>    Plaintiffs, <br><br> v. <br><br> ELMORE COUNTY BOARD OF EDUCATION, et al., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO.  2:04CV201-M <br>   [WO] |

## ORDER ON MOTION

At the close of the evidence during the trial of this case on 2 June 2005, defendant Pat Ellis filed a Motion for Judgment As A Matter of Law (Doc. # 124). The court heard extended oral argument on the motion from the defendants and the plaintiff, and enters this order to affirm the in-court proceedings.

Upon consideration of the motion, the parties' oral argument, and the evidence and record before the court, it was

ORDERED that the motion be GRANTED. For the reasons stated in open court, and reflected in the transcript on file in this case, it was further

ORDERED that the plaintiff's claims against Pat Ellis be DISMISSED with prejudice.

DONE this 14th day of June 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE