IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E. MICHELLE WORTHINGTON, ) <br> on behalf of minor child, J.W., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ELMORE COUNTY BOARD OF ) <br> EDUCATION, et al., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.  2:04CV201-M <br> [WO] |

# FINAL JUDGMENT

For the reasons stated in the transcript on file in this case, and upon consideration of defendant Pat Ellis' Motion For Judgment As a Matter of Law, filed on 2 June 2005 (Doc. # 124), JUDGMENT is hereby entered against the plaintiff and in favor of Pat Ellis.

The costs of this action shall be taxed against the plaintiff, for which execution shall issue.

DONE this 14th day of June 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE