IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| E. MICHELLE WORTHINGTON, | ) | |
| on behalf of minor child, J.W., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV201-M |
| | ) | [WO] |
| | ) | |
| ELMORE COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

At the close of all of the evidence at the trial of this case on 2 June 2005, the plaintiff requested reconsideration of the court's order granting the Motion For Judgment As A Matter of Law (Doc. # 122) filed by defendants Henry Blake, the Elmore County Board of Education, Marshall Anderson, and Pat Ellis. The court granted the motion as to Blake, the Board, and Anderson, and denied the motion as to Ellis. This order confirms the court's ruling on the motion in open court.

Upon consideration of the plaintiff's motion and the defendants' response, it was

ORDERED that the motion be DENIED. The court has entered a final judgment in favor of Blake, Board, and Anderson on this date.

DONE this 13th day of June 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE